■ STEWART M. SHUTE, JR., Appellant, v ROBERT MCLUSKY, Respondent, et al., Defendant. (Appeal No. 1.) [945 NYS2d 889]— Appeal from an amended judgment (denominated amended order) of the Supreme Court, Onondaga County (John C. Cherundolo, A.J.), entered July 14, 2010. The amended judgment granted the motion of defendant Robert McLusky for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (see Matter of Eric D. [appeal No. 1], 162 AD2d 1051 [1990]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.